Kelly-Ashby Electric Company, Inc., Appellant, *v.* Claypool.

Argued November 12, 1959. Before GUNTHER, WRIGHT, WOODSIDE, ERVIN, and WATKINS, JJ. (RHODES, P. J., and HIRT, J., absent).

*B. Albert Bertocchi,* for appellant.

*Robert D. Noel, Jr.,* for appellees.

OPINION PER CURIAM, December 17, 1959:

The order of the Court of Common Pleas of Armstrong County is affirmed on the opinion of Judge GRAFF for the court below reported at 19 Pa. D. & C. 2d 51.